```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
ABDUL OLUSHESI,
also known as AMOS RIDGEWAY,
                              Plaintiff,
                                              08 Civ. 10658(VM)(DFE)

         - against-                           (This is not an ECF case)

                                              MEMORANDUM AND ORDER
PETER CURCIO, Warden;
CAPTAIN McCOMBS, Shield # 1040;
CORRECTION OFFICER WASHINGTON,
Shield # 11579; CORRECTION OFFICER
LENNIE PANCEAL, Shield # Not Available;
                              Defendants.
---------------------------------------x
```

DOUGLAS F. EATON, United States Magistrate Judge.

   1. By Order of Reference filed on April 13, 2009, District Judge Victor Marrero has referred this case to me for general pre-trial supervision. This means that I will rule on discovery and scheduling, but any dispositive motion, such as motion under Rule 12 or Rule 56, must be addressed to Judge Marrero.

   2. A review of the Court records indicates as follows. The complaint was received by the Pro Se Office on October 29, 2008. On December 9, 2008, the Clerk's Office accepted the complaint for filing, and issued summonses. The summons and complaint have been served upon three of the defendants, but not on Officer Panceal.

   3. The City Law Department has filed an Answer on behalf of the defendants who have been served. I direct defense counsel to call my Courtroom Deputy Helen Lewis at 212-805-6183 and to make arrangements for an Initial Case Management Conference with me for a convenient date at 10:00 a.m., with defense counsel to come to Room 1360 and with the prison to make plaintiff available by telephone. (At or before the conference, defense counsel should supply me with two copies of any report concerning the 10/4/07 incident).

   4. The address of the Pro Se Office is Room 230, United States Courthouse, 500 Pearl Street, New York, N.Y. 10007, and their telephone number is (212) 805-0175. They can provide assistance in connection with the Court's procedures, but they cannot give legal advice.

USDC SDNY
DATE SCANNED 4/20/09

   5. Mr. Olushesi is required to give <u>prompt written notices</u>, both the Pro Se Office and my chambers, about <u>any change of his address</u>.  Failure to do may result in a dismissal of the lawsuit.

                  */s/ Douglas F. Eaton*
                  DOUGLAS F. EATON
                  United States Magistrate Judge
                  500 Pearl Street, Room 1360
                  New York, New York 10007
                  Telephone: (212) 805-6175
                  Fax: (212) 805-6181

Dated:  New York, New York
     April 20, 2009

Copies of this Memorandum and Order were sent on this date by mail to:

Abdul Olushesi
also known as Amos Ridgeway
#07-R-5034
Shawangunk Correctional Facility
P.O. Box 700
Wallkill, NY 12589

David M. Hazan, Esq. and
Ezra Schulman, Esq.
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, NY 10007

Pro Se Office
Room 230, U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Victor Marrero