```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ABDUL OLUSHESI,                     :
                                    :   09 Civ. 8647 (VM)
              Plaintiff,            :
                                    :
    - against -                     :
                                    :
CAPTAIN TIMOTHY MCCOMBS et al.,     :
                                    :
              Defendants.           :
------------------------------------X
------------------------------------X
ABDUL OLUSHESI,                     :
                                    :   08 Civ. 10658 (VM)
              Plaintiff,            :
                                    :
    - against -                     :
                                    :
PETER CURCIO et al.,                :   ORDER
                                    :
              Defendants.           :
------------------------------------X
```
**VICTOR MARRERO, United States District Judge.**

By Order dated September 21, 2009, Magistrate Judge Eaton consolidated the actions captioned above under docket number 08 Civ. 10658. As of this date, the docket does not reflect that Order.

Accordingly, it is hereby

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 08 Civ. 10658; and its finally

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 09 Civ. 8647, as a separate action and

remove it from the Court's docket.

**SO ORDERED.**

Dated:    New York, New York
          January 4, 2010

                                    Victor Marrero
                                       U.S.D.J.